UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: PATER, FLORICA § | Case No. 06-17394 |
| § | |
| PATER, FLOAREA § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>CHARLES J. MYLER</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at *10:00* on *4/22/10* in Courtroom 140, United States Courthouse,
100 S. Third St.
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>01/29/2010</u>   By: <u>/s/CHARLES J. MYLER</u>
                                            Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pseamann              Page 1 of 1                  Date Rcvd: Mar 17, 2010
Case: 06-17394                Form ID: pdf006             Total Noticed: 24

The following entities were noticed by first class mail on Mar 19, 2010.
db           +Florica Pater,    609 N. Lincoln Ave.,    Aurora, IL 60505-2112
aty          +David E Linde,    The Fox Valley Legal Group, LLC,    1444 N Farnsworth Ave,   Suite 113,
               Aurora, IL 60505-1858
aty          +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
               Aurora, IL 60505-3338
tr           +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,   8th Floor,
               Aurora, IL 60505-3338
11087637      American Express Bank FSB,    PO Box 3001,    Malvern PA 19355-0701
11261975      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
11087638      Aspire Visa,    PO Box 23007,    Columbus, GA 31902-3007
14361706      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
11087640      Capital One,    PO Box 60024,    City of Industry, CA 91716-0024
11087641      Chase,   PO Box 15153,    Wilmington, DE 19886-5153
11208123      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
11087642     +Cornel Pater,    6600 Beachview Dr.,    Apt. 128,   Rancho Palos Verdes, CA 90275-6939
11087643      Dell Financial Services,    PO Box 6403,    Carol Stream, IL 60197-6403
11087644      Emerge Credit Card,    Payment Processing,    PO Box 1249,   Newark, NJ 07101-1249
11207860     +HFC,   725 Industrial Blvd,    London KY 40741-7288
11338389      Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,   POB 35480,
               Newark NJ 07193-5480
11087645     +Joseph Shaheen,    5950 Dunn Ave.,    San Jose, CA 95123-4217
11087647    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,    PO Box 5855,
               Carol Stream, IL 60197-5855)
11087646      Target Nat'l. Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
11172780     +Target National Bank,    TARGET VISA,    c/o Weinstein & Riley, P.S.,    2101 Fourth Ave., Suite 900,
               Seattle, WA 98121-2339
11087648    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    PO Box 790408,    St. Louis, MO 63179-0408)
11087649      Wells Fargo Card Services,    PO Box 54349,    Los Angeles, CA 90054-0349
11549413      eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Mar 17, 2010.
11087639      E-mail/Text: vci.bkcy@vwcredit.com                            Audi Financial Services,
               PO Box 894756,    Los Angeles, CA 90189-4756
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,   8th Floor,
               Aurora, IL 60505-3338
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 19, 2010**                    **Signature:** _/s/ Joseph Speetjens_